UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20345-WILLIAMS/LETT

18 U.S.C. § 871(a)
18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)

**UNITED STATES OF AMERICA**

**v.**

**QUINTIN XAVIER CHRISTOPHER GRAY,**
**a/k/a "tokio_seuss / @tokio_under34,"**

**Defendant.**
_______________________________________/

FILED BY BM D.C.
Aug 20, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Threats Against the President**
**(18 U.S.C. § 871(a))**

On or about April 29, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**QUINTIN XAVIER CHRISTOPHER GRAY,**
**a/k/a "tokio_seuss / @tokio_under34,"**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, in that he stated, in a social media post, "Well I also intend to kill trump," in violation of Title 18, United States Code, Section 871(a).

**COUNT 2**
**Transmitting Threats Through Interstate Communications**
**(18 U.S.C. § 875(c))**

On or about April 29, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**QUINTIN XAVIER CHRISTOPHER GRAY,**
**a/k/a "tokio_seuss / @tokio_under34,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, D.T., in that he stated, in a social media post, "Well I also intend to kill trump," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **QUINTIN XAVIER CHRISTOPHER GRAY, a/k/a "tokio_seuss / @tokio_under34,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

[THIS SPACE IS INTENTIONALLY BLANK]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

FOREPERSON

FOR

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LINDSEY MAULTASCH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO. 26-CR-20345-WILLIAMS/LETT**

**v.**

QUINTIN XAVIER CHRISTOPHER GRAY,

______________________________/

Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _______
Number of New Defendants _______
Total Number of New Counts _______

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ______________________
4. This case will take 3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| **(Check only one)** | | **(Check only one)** |
|---|---|---|
| I | ☒ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ______________________ Case No. ______________________
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Edwin G. Torres Magistrate Case No. 26-mj-3385
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ______________________ Case No. ______________________
9. Defendant(s) in federal custody as of ______________________
10. Defendant(s) in state custody as of ______________________
11. Rule 20 from the __________ District of ______________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: ______________________
Lindsey Maultasch
Assistant United States Attorney
SDFL Court ID No. A5502705

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: QUINTIN XAVIER CHRISTOPHER GRAY

**Case No**: ____________________

Count #: 1

Threats Against the President

Title 18, United States Code, Section 871
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Transmitting Threat Through Interstate Communications

Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**